UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN ADAM DIXON,<br><br>              Plaintiff,<br><br>      v.<br><br>MATTHEW SCOTT GOGUEN,<br><br>              Defendant. | CASE NO. 2:22-cv-01785-JHC<br><br>ORDER |

This matter comes before the Court on "Plaintiff Notice and Motion for Judicial Notice." Dkt. # 17. While the motion is noted for February 10, 2023, the Court may rule on it today, as Defendant has not filed a response. The motion presents a misapplication of Federal Rule of Evidence 201, which governs judicial notice of adjudicative *facts*. Accordingly, the Court DENIES the motion. The Court is aware that Plaintiff is proceeding *pro se*. And Plaintiff should understand that, with respect to issues presented in this case, the Court will seek to ascertain the applicable law.

Dated this 7th day of February, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1