UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN ADAM DIXON,<br><br>            Plaintiff,<br><br>    v.<br><br>MATTHEW SCOTT GOGUEN,<br><br>            Defendant. | CASE NO. 2:22-cv-01785-JHC<br><br>ORDER TO SHOW CAUSE |

Having reviewed Plaintiff's complaint, the Court finds it fails to meet the requirements of Federal Rule of Civil Procedure 8(a)(2).  The complaint does provide a short and plain statement of a claim showing that Plaintiff is entitled to relief; the pleading identifies no legally cognizable cause of action.  Plaintiff is hereby placed on notice that the complaint will be dismissed without prejudice unless he files by February 28, 2023 an amended complaint meeting the requirements of Rule 8(a).

Dated this 7th day of February, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER TO SHOW CAUSE - 1