UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN ADAM DIXON,<br><br>                Plaintiff,<br><br>        v.<br><br>MATTHEW SCOTT GOGUEN,<br><br>                Defendant. | CASE NO. 2:22-cv-01785-JHC<br><br>ORDER |

   This matter comes before the Court *sua sponte*.  On February 7, 2023, the Court entered an Order to Show Cause, notifying Plaintiff that the complaint (Dkt. # 1) identifies no legally cognizable cause of action and giving Plaintiff an opportunity to file an amended complaint by February 28, 2023.

   On February 13, Plaintiff filed an amended complaint.  Dkt. # 27.  Like the original complaint, it identifies no legally cognizable cause of action.  It states a claim for violation of RCW 4.28.185(4).  But that Washington statute concerns personal service out of state and does not provide a cause of action.

   Thus, the Court DISMISSES this matter without prejudice and STRIKES all pending motions in the case.

ORDER - 1

Dated this 1st day of March, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2